Certificate Number: 12459-LAW-CC-025868586



12459-LAW-CC-025868586

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 13, 2015, at 2:33 o'clock PM PDT, Laquilla Charles received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Louisiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: July 13, 2015　　　　　　　　By: /s/Veronica Castro

　　　　　　　　　　　　　　　　　Name: Veronica Castro

　　　　　　　　　　　　　　　　　Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).